# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWIN DERENSBOURG, | ) | NO. CV 10-2457 GHK (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JAMES D. HARTLEY, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  2/8 , 2011.

GEORGE H. KING
UNITED STATES DISTRICT JUDGE